# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PERCY KENNEDY, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:24-cv-02621 |
| MORGAN & ASSOCIATES, P.C. ) And ) ONE MAIN FINANCIAL GROUP, LLC, ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Morgan & Associates, P.C., by and through its counsel, and here discloses that it has no corporate parent entities and that no publicly held entity owns ten percent or more of its capital stock.

Respectfully submitted this 12th day of August, 2024.

*/s/ Bobby Irby*
Bobby Irby
2601 N.W. Expressway #205E
Oklahoma City, OK 73112
(405)425-0700
Bobby.Irby@morganandassoc.com
ATTORNEY FOR DEFENDANT