# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Percy Kennedy

v.                                                  Case Number: 4:24–cv–02621

Morgan & Associates PC , et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/29/2024

**TIME:** 02:20 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 24, 2024

                                                              Nathan Ochsner, Clerk